**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **DIVERSIFIED DISTRIBUTORS, INC.**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**VALLEY GIRL SALES AND MARKETING, INC.**, a California corporation; **YOLANDA RAMIREZ**, an individual; **MARITZA OLSON**, an individual also known as **MARITZA RUIZ**; and **JODY MITCHELL**, an individual,<br><br>Defendants. | Case No: 5:24-cv-00626-JGB-SP<br><br>District Judge: Jesus G. Bernal<br><br>**ORDER AND JUDGMENT AGAINST DEFENDANT YOLANDA RAMIREZ** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the parties' Stipulation for Judgment against Defendant Yolanda Ramirez, the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

   Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

Judgment is entered in favor of Plaintiff Diversified Distributors, Inc. and against Defendant Yolanda Ramirez in the total amount of $97,000, plus post-judgment interest at the rate set forth by 28 U.S.C. §1961, from May 13, 2025 until satisfied, for which let execution issue.

**IT IS SO ORDERED.**

Dated: __May 28_____ __, 2025        _____
                                     Hon. Jesus G. Bernal